■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD DEGNAN, Appellant. [682 NYS2d 655] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Tills,

J.—Criminal Trespass, 2nd Degree.) Present—Denman, P. J., Pine, Wisner, Balio and Fallon, JJ.